IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L. LUMPKIN,

    Petitioner,

v.

                                      Case No. 19-cv-1008-jdp

REED RICHARDSON,

    Respondent.

### JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying James L. Lumpkin's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 3/15/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |