IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L. LUMPKIN,

                Petitioner-Appellant,

v.                                       Case No. 19-CV-01008-jdp

GRANT BERG,

                Respondent-Appellee.

## NOTICE OF APPEAL

James L. Lumpkin, through his undersigned attorney, hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for a writ of habeas corpus entered on March 15, 2021, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson, presiding. Mr. Lumpkin takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Lumpkin also files a combined docketing and disclosure statement required by CIRCUIT RULE 3 (7th Cir.) and CIRCUIT RULE 26.1, as well as a motion to proceed *in forma pauperis*. FED. R. APP. P. 24(a)(1).

Dated this 7th day of April, 2021.

        Respectfully submitted,
        James L. Lumpkin, by his attorney

        /s/ Thomas B. Aquino
        THOMAS B. AQUINO
        Assistant State Public Defender
        Office of the State Public Defender
        Post Office Box 7862
        Madison, WI  53707-7862
        (608) 266-1971
        aquinot@opd.wi.gov